UNITED STATES  DISTRICT COURT

Northern District of California

AXEL BRAUN,

          Plaintiff,

   v.

PRIMARY DISTRIBUTOR DOE NUMBER
1 and DEFENDANT DOES 2 through 38,

          Defendants.

_____/

No. C 12-5786 MEJ
and previously related cases: 12-5812 MEJ
                             12-5813 MEJ
                             12-5814 MEJ

**ORDER RE: APPLICATION FOR
LEAVE TO FILE MOTION FOR
RECONSIDERATION**

On March 11, 2013, the Court severed all Does except Doe 1 from these four cases and

removed the related case designation for them.  Dkt. No. 14.  Now before the Court is Plaintiff's

Application for Leave to File Motion for Reconsideration or in the Alternative Request for Further

Clarification.  Dkt. No. 15.  Upon review of Plaintiff's Application, the Court DENIES his request to

file a motion for reconsideration.  However, the Court GRANTS Plaintiff's request for clarification

as follows: Given Plaintiff's reliance on the Court's previous orders in this case, Plaintiff may use

the previously subpoenaed information in order to attempt resolution through investigation and

possible settlement prior to re-filing complaints against the severed Doe Defendants.

     **IT IS SO ORDERED.**

Dated: April 16, 2013

_____
Maria-Elena James
United States Magistrate Judge