D. GILL SPERLEIN (SBN 172887)
THE LAW OFFICE OF D. GILL SPERLEIN
345 Grove Street
San Francisco, California 94102
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com
Attorney for Plaintiff, Axel Braun

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AXEL BRAUN, <br><br> Plaintiff, <br><br> vs. <br><br> PRIMARY DISTRIBUTOR DOE NUMBER 1, <br><br> Defendant. | Case No.: 12-5814 MEJ <br><br> **CASE MANAGMENT CONFERENCE STATEMENT** <br><br> Date: May 23, 2013 <br> Time: 10:00 a.m. <br> CtRm: B, 15th Floor |

This case was originally brought against one hundred twenty-nine Doe Defendants. On March 11, 2013, the Court severed all but Doe One. As Plaintiff was unable to identify Doe One through the subpoena process, Plaintiff voluntarily dismissed the action without prejudice on May 7, 2013. Accordingly this matter is closed. Plaintiff may re-file individual actions against other Doe Defendants identified in the original Complaint at a later time.

Respectfully Submitted,

Dated: 5/8/2013          */s/ D. Gill Sperlein*
                                        Counsel for plaintiff

-1-